UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| 24 HOUR FITNESS USA, INC., et al., | ) | |
| Petitioner, | ) | **O R D E R** |
| vs. | ) | 2:11-CV-1947-PMP-GWF |
| WESLEY REESE, | ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:11-CV-1961-PMP-VCF |
| SIEGLINDE INCE, | ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:11-CV-1999-PMP-GWF |
| LAWRENCE DICKERSON, | ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:11-CV-2000-PMP-PAL |
| MARK DONNELLY, | ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC. et al., | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:11-CV-2003-PMP-CWH |
| STEPHEN RANDOLPH | ) | |
| Respondent. | ) | |

```
24 HOUR FITNESS USA, INC.,      )
et al.,                         )
                                )
         Petitioner,            )
                                )
vs.                             )     2:11-CV-2052-PMP-PAL
                                )
JASON M. PARSONS,               )
                                )
         Respondent.            )
24 HOUR FITNESS USA, INC.,      )
et al.,                         )
                                )
         Petitioner.            )
                                )
vs.                             )     2:11-CV-2053-PMP-VCF
                                )
RAMONA L. ERVIN,                )
                                )
         Respondent.            )
```

**IT IS ORDERED a Hearing is set for <u>Monday, September 17, 2012, at 10:00 a.m. in LV Courtroom 7C before Judge Philip M. Pro on the following:</u>**

1) Petition to Compel Arbitration (filed in all the cases listed above.)

2) Petitioners' Motion to Strike Answer to Complaint (filed in Case Numbers 2:11-cv-1947-PMP-GWF, 2:11-cv-1999-PMP-GWF, 2:11-cv-2000-PMP-PAL and 2:11-cv-2053-PMP-VCF.)

3) Petitioners' Notice of Order Re: Special Master's Report and Recommendation Issued by Judge Samuel Conti of the U.S. District Court for the Northern District of California (filed in all the cases listed above.)

Dated: July 20, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE