UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | **O R D E R** |
| vs. | ) ) | 2:11-CV-1947-PMP-GWF |
| WESLEY REESE, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-1961-PMP-VCF |
| SIEGLINDE INCE, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-1999-PMP-GWF |
| LAWRENCE DICKERSON, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-2000-PMP-PAL |
| MARK DONNELLY, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC. et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-2003-PMP-CWH |
| STEPHEN RANDOLPH | ) ) ) | |
| Respondent. | ) | |

|  |  |
|---|---|
| 24 HOUR FITNESS USA, INC., et al., <br><br> Petitioner, <br><br> vs. <br><br> JASON M. PARSONS, <br><br> Respondent. | 2:11-CV-2052-PMP-PAL |
| 24 HOUR FITNESS USA, INC., et al., <br><br> Petitioner. <br><br> vs. <br><br> RAMONA L. ERVIN, <br><br> Respondent. | 2:11-CV-2053-PMP-VCF |

IT IS ORDERED that the Hearing set for Monday, September 17, 2012, at 10:00 a.m. in Las Vegas Courtroom 7C before Judge Philip M. Pro is hereby VACATED.

IT IS FURTHER ORDERED that in light of the order of the court in related litigation in the United States District Court for the Northern District of California, the present action is STAYED.

IT IS FURTHER ORDERED that all outstanding motions are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court administratively close these cases until any party files a motion to lift the stay.

Dated: August 21, 2012

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE