1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   DUSTIN L. CLARK, ESQ., Bar # 10548
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:   702.862.8800
   Fax No.:      702.862.8811
5
   Attorneys for Petitioners
6  24 HOUR FITNESS USA, INC. and SPORT FITNESS CLUBS OF
   AMERICA, INC.
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 | 24 HOUR FITNESS USA, INC., a
   | California corporation dba 24 HOUR
12 | FITNESS; SPORT AND FITNESS                Case No. 2:11-cv-01961-PMP-VCF
   | CLUBS OF AMERICA, INC., a California
13 | corporation dba 24 HOUR FITNESS,          **NOTICE OF VOLUNTARY DISMISSAL
                                               WITHOUT PREJUDICE**
14 |               Petitioners,

15 | vs.

16 | SIEGLINDE INCE,

17 |               Respondent.

18
        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioners 24 HOUR FITNESS USA, INC. dba
19
   24 HOUR FITNESS and SPORT AND FITNESS CLUBS OF AMERICA, INC. dba 24 HOUR
20
   FITNESS (collectively "24 Hour Fitness") by and through their counsel of record, hereby give
21
   notice of their voluntary dismissal without prejudice of this action against Respondent, Sieglinde
22
   Ince ("Respondent").  In support of this notice, Petitioner would note that no answer or motion for
23
   summary judgment has been filed in this matter by Respondent.
24

25 / / /

26 / / /

27 / / /

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

24 Hour Fitness requests that the clerk terminate this action with each party to bear their own attorney's fees and costs with respect to this action.

Dated: October 5th, 2012

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
DUSTIN L. CLARK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Petitioners
24 HOUR FITNESS USA, INC. and SPORT FITNESS CLUBS OF AMERICA, INC.

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE
Dated: October 9, 2012.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On October 5, 2012, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

[X]  By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Justin P. Karczag, Esq.
11201 S. Eastern Avenue, Suite 100
Henderson, NV 89052

*Attorney for Respondent*

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2012, at Las Vegas, Nevada.

/s/ Maribel Rodriguez
Maribel Rodriguez

Firmwide:114846786.1 034670.1216

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

3.